IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**PATRICIA A. SMITH**                                                     **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 3:09-cv-102-WHB-LRA**

**ROGEN CHHABRA AND**
**TABOR, CHHABRA & GIBBS, P.A.**                           **DEFENDANTS**

## ORDER OF DISMISSAL

In accordance with the Opinion and Order granting the Motion of Defendants to Dismiss, this case is hereby dismissed without prejudice for lack of subject matter jurisdiction.

SO ORDERED this the 7th day of July, 2009.

                                                  s/ William H. Barbour, Jr.
                                                  UNITED STATES DISTRICT JUDGE